THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BEAKLEY MADLOCK, Appellant.—

Present—Denman, J. P., Boomer, Lawton and Davis, JJ.